**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-6469

CLINTON BEDELL,

Plaintiff - Appellant,

versus

GREENSVILLE CORRECTIONAL CENTER; F.J.C.A.;
VERMONT DEPARTMENT OF CORRECTIONS; JOHN F.
GORCZYK; TERRY MOSHER; SHAUNA ROWELL; VIRGINIA
DEPARTMENT OF CORRECTIONS; RON ANGELONE;
INTERSTATE COMPACT CONTRACT #0946130; D. A.
GARRAGHTY; C. DAVIS; R. DAVIS; GENE JOHNSON;
WARNER; JIM GILMORE; SAMUEL BATES; F. S.
SPENCE; M. MILLARD; NURSE BONEY; VERMONT
GOVERNOR; DOCTOR GENERAL; DOCTOR GAY; DOCTOR
LEWIS; DOCTOR FIELDING; N. LABRIOLA; B.
CARABELLO; F. ROACH; COMMANDING OFFICER
EVERETTE; HOWARD DEAN; VERMONT-VIRGINIA
INTERSTATE COMPACT #0946130; FINANCIAL
INSTITUTIONS AND TRUST ACCOUNTS PAID BY
VERMONT TO VIRGINIA TO HOUSE INMATES AT
GREENSVILLE; SECURITY OFFICERS; ISAIAH PECK;
MITCHELL; GAMBRELL; EVERETT; GARCIA;
LIEUTENANT WALKER; M. L. BOONE, Sergeant;
CHISM; JACKSON; WILLIAMS; CLERY; CARPENTER;
BROWN; PHILIPS; DELOACH; LAWRENCE; R. CLARK;
CARPINO, Caseworker-mental health; CURIEL; B.
BLAKELY; MISS BROOKS,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Jerome B. Friedman, District
Judge. (CA-01-892-2)

Submitted: May 30, 2002                    Decided: June 7, 2002

---

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Clinton Bedell, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Clinton Bedell appeals the district court order and judgment dismissing his complaint for failing to include an original signature as required by Rule 11(a) of the Federal Rules of Civil Procedure. We have reviewed the record and the district court's order and affirm on the reasoning of the district court. See Bedell v. Greensville Correctional, No. CA-01-892-2 (E.D. Va. Mar. 12, 2002). We dispense with oral argument because the facts and legal conclusions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED